**George L. MOTHERSHED,**
**Plaintiff–Appellant,**

v.

**Jerome K. ELWELL; et al.,**
**Defendants–Appellees.**

No. 06–15496.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument, and we deny Mothershed's motion for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 13, 2007 *.

Filed Aug. 24, 2007.

George L. Mothershed, Phoenix, AZ, pro se.

Jerome K. Elwell, pro se.

Larry Schafer, Esq., Warner Angle Hallam Jackson & Formanek, PLC, Richard F. Albrecht, Esq., Office of the Arizona Attorney General, Phoenix, AZ, for Defendants–Appellees.

Before: KLEINFELD, M. SMITH, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

George L. Mothershed appeals pro se from the district court's order denying his motions for reconsideration of its judgment dismissing his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *Smith v. Pacific Props. and Dev. Corp.*, 358 F.3d 1097, 1100 (9th Cir. 2004), and we affirm.

The district court did not err in denying Mothershed's motions, because Mothershed contended only that he disagrees with the district court's interpretation of the law, and failed to show an intervening change in the controlling law or newly discovered evidence. *See 389 Orange St. Partners v. Arnold,* 179 F.3d 656, 665 (9th Cir.1999) ("a motion for reconsideration

---

should not be granted … unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law.").

Mothershed's remaining contentions are also unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument, and we deny Mothershed's motion for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

